UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| EMMANUEL SMITH, <br><br> Plaintiff, <br> Vs. <br><br> TACOPOCALYPSE, LLC., <br><br> Defendant. | ) <br> ) <br> )   File No. 15 – cv -- 00329 <br> ) <br> ) <br> ) <br> )   NOTICE OF <br> )   SETTLEMENT <br> ) <br> ) |

COMES NOW the Defendant and hereby gives notice to the Court that the parties believe they have agreed upon all terms of a settlement of this matter that will dispose of the case completely.  The agreement will be reduced to writing and submitted to the Court in the coming days.  Therefore, the parties communicate to the Court their belief that no further proceedings are needed in this matter, and they ask that all scheduled proceedings and deadlines be held in abeyance for two weeks, until they can reduce the settlement to a writing signed by all parties, and formally submit it to the Court.

Respectfully submitted,

_/s/ Peter M. Sand_
Peter M. Sand
2629 Beaver Ave. #3
Des Moines, IA  50310
(515) 698-9000
cell-(515) 556-3245
fax-(515) 255-9916
psandlaw@qwestoffice.net
ATTORNEY FOR DEFENDANT