IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| EMMANUEL SMITH, | ) | NO. 4:15-cv--00329 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TACOPOCALYPSE, LLC, | ) | JOINT MOTION TO DISMISS WITH PREJUDICE |
| | ) | |
| Defendant. | ) | |

COMES NOW the parties by and through their attorneys, and state to this Court that all matters in dispute between the parties to the above-captioned lawsuit have been satisfactorily settled.

THEREFORE, Plaintiff moves for the above captioned cause to be dismissed with prejudice, as all costs and expenses including agreed upon attorney fees have been paid.

Cynthia A. Miller
DISABILITY RIGHTS IOWA
400 East Court Avenue Suite 300
Des Moines, Iowa 50309
Tele: (515) 278-2502
Fax: (515) 278-0539
Email: cmiller@driowa.org
ATTORNEY FOR PLAINTIFF

Peter M. Sand
2629 Beaver Ave. #3
Des Moines, IA 50310
Tele: (515)698-9000
Fax: (515) 255-9916
Email: psandlaw@qwestoffice.net
ATTORNEY FOR DEFENDANT